**Order entered January 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01194-CR

**KEITH WAYNE EDWARDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F-1216761-K**

## ORDER

We **GRANT** court reporter Kendra L. Thibodeaux's January 11, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due on **February 25, 2014**.

We further note that the clerk's record has not been filed in this appeal. We **ORDER** the Dallas County District Clerk to file the clerk's record on or before **February 25, 2014**.

/s/     DAVID EVANS
         JUSTICE